RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
*KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Keisha_Matthews@fd.org

*Attorney for Petitioner Isboseth Manriquez Coronado

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Isboseth Manriquez Coronado,

Petitioner

v.

Todd Blanche, *et al.*,

Respondents

Case No. 2:26-cv-02849-CDS-MDC

**Order Approving Stipulation to Continue Deadline to File Amended Petition**[1]

[ECF No. 8]

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Attorney General, and James Sweetin, Assistant United States Attorney, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Isboseth Manriquez Coronado, that the briefing schedule in this case be modified as follows. The deadline to file the amended petition would be extended to October 12, 2026, the Government's Response to Amended Petition to be filed fourteen (14) days after the amended petition is filed, and Petitioner's Reply to be filed five (5) days after response to amended petition.

The Stipulation is entered into for the following reasons:

---

[1] The stipulation is untimely filed.

1. Petitioner's counsel received the detention hearing audio on the evening of October 2, 2026. Additional time is requested, to review the audio and otherwise prepare the amended petition for filing.

2. The petitioner is detained and does not object to the continuance.

3. The government does not oppose the request for a continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the petitioner sufficient time to gather the relevant records and prepare the amended petition.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first stipulation to continue filed herein.

DATED this 5th day of October, 2026.

RENE L. VALLADARES
Federal Public Defender

By */s/ Keisha K. Matthews*
KEISHA K. MATTHEWS
Assistant Federal Public Defender

TODD BLANCHE
Attorney General

By */s/ James Sweetin*
JAMES SWEETIN
Special Assistant United States Attorney

**Order**

IT IS THEREFORE ORDERED that the deadline to file an amended petition is extended to October 16, 2026. The respondents must file a response within fourteen days after being served with the amended petition. The petitioner will have five days to file a reply.

Dated: October 7, 2026

Cristina D. Silva
United States District Judge