**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Isboseth Manriquez Coronado,

Petitioner

v.

Todd Blanche, et al.,

Respondents

Case No. 2:26-cv-02849-CDS-MDC

**Order Approving Stipulation to Extend Time**

[ECF No. 11]

Based on the parties' stipulation, it is ordered that the amended petition currently due October 16, 2026, is extended nunc pro tunc to October 23, 2026. The respondents must file a response within fourteen days after being served with the amended petition. The petitioner will have five days to file a reply.

Dated: October 21, 2026

UNITED STATES DISTRICT JUDGE